UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILFRED GREENUP                                             CIVIL ACTION

VERSUS                                                      NO. 23-5553

JAMES M LEBLANC, ET AL.                                     SECTION "R" (1)

## ORDER

Plaintiff Wilfred Greenup, a state prisoner incarcerated at the Rayburn Correctional Center proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983.[1] Defendants have filed motions to dismiss, arguing that dismissal is appropriate under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and under the federal pauper statute, 28 U.S.C. § 1915.[2] On March 4, 2024, Magistrate Judge Janis van Meerveld issued a Report & Recommendation ("R&R"), recommending that the Court grant in part and deny in part the motions to dismiss.[3] Specifically, Magistrate Judge van Meerveld recommended that the motions be granted only with respect to plaintiff's official-capacity claims for monetary damages and that those claims be dismissed without prejudice pursuant to the Eleventh Amendment

---

[1]   R. Doc. 7.
[2]   R. Docs. 21 & 26.
[3]   R. Doc. 29.

and Rule 12(b)(1).[4] Magistrate Judge van Meerveld recommended that the motions be denied in all other respects.[5]

Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion.  Defendants' motions to dismiss are GRANTED IN PART and DENIED IN PART.  The Court GRANTS the motions with respect to plaintiff's official-capacity claims for monetary damages, and DISMISSES those claims WITHOUT PREJUDICE.  The Court DENIES the motions WITHOUT PREJUDICE in all other respects.

New Orleans, Louisiana, this __25th__ day of March, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4]   *Id.*
[5]   *Id.*

2